IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 DEC -9 PM 2:46

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ERIC GERLACH,<br><br>          Defendant. | 4:25CR3110<br><br>INDICTMENT<br>18 U.S.C. § 2252(a)(2) & (b)(1)<br>18 U.S.C. § 2252(a)(4)(B) & (b)(2) |

The Grand Jury charges that

### COUNT I

On, about or between at least May 10, 2025 and May 12, 2025, in the District of Nebraska, ERIC GERLACH, having previously been convicted on or about December 21, 2006, of Possession of Child Pornography in the United States District Court for the District of Nebraska in case number 8:05CR404, did knowingly receive any child pornography as defined in Title 18, United States Code, Section 2256(8), using any means or facility of interstate commerce and that has been shipped or transported in or affecting interstate or foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

### COUNT II

On or about May 20, 2025, in the District of Nebraska, ERIC GERLACH, having previously been convicted on or about December 21, 2006, of Possession of Child Pornography in the United States District Court for the District of Nebraska in case number 8:05CR404, did knowingly possess one or more matter which contained a visual depiction, the production of

4:25-cr-03110-SMB-JMD   Doc # 1   Filed: 12/09/25   Page 2 of 2 - Page ID # 2

such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, including images of children under the age of 12 years old, which visual depiction had been mailed and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and was produced using materials which have been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

By: _____
For:   JULIE ANN M. MRUZ, #25564
       Assistant U.S. Attorney